Order issued: November 5, 2012                    004718



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01486-CV

**EDITH GRUBAUGH, Appellant**

**V.**

**JOSE ALMANZA GOMEZ, ET AL., Appellees**

On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-07002

## ORDER

We **GRANT** appellant's October 31, 2012 motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellant on October 24, 2012 filed as of the date of this order.

We **DENY** as moot appellant's October 22, 2012 motion for an extension of time to file a brief.

CAROLYN WRIGHT
CHIEF JUSTICE